**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

In Re: Petition of Michael J. Piskanin    :   No. 58 MAP 2014
                                           :

Appeal of: Michael J. Piskanin          :
                                           :
                                           :

## <u>ORDER</u>

**PER CURIAM**                                **FILED: November 6, 2014**

**AND NOW**, this 6th day of November, 2014, the above captioned appeal is quashed for failure to file a brief.